IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TED HAMILTON                                                                                    PLAINTIFF

V.                                      Civil No. 4:16-CV-04002

HEMPTSTEAD COUNTY                                                                    DEFENDANTS

**ORDER**

      Plaintiff has filed a Motion to Proceed *in forma pauperis* on appeal ("IFP Motion"). ECF No. 24. On August 12, 2016, Plaintiff submitted a change of address indicating he is no longer incarcerated. ECF No. 28. According to the information provided by Plaintiff he appears to qualify for IFP status.

      Accordingly, Plaintiff's IFP Motion (ECF No. 24) is hereby **GRANTED**.

      **IT IS SO ORDERED this 16th day of August 2016.**

                                            /s/   Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            U.S. MAGISTRATE JUDGE